ACCEPTED
01-15-00834-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/9/2015 10:22:54 AM
CHRISTOPHER PRINE
CLERK

**NO. 01-15-00834-CR**

**IN THE COURT OF APPEALS
FOR THE FIRST SUPREME JUDICIAL DISTRICT
OF TEXAS AT HOUSTON**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/9/2015 10:22:54 AM
CHRISTOPHER A. PRINE
Clerk

_____

**MISYOSHI TIMMS**

**APPELLANT**

**VS.**

**THE STATE OF TEXAS**

**APPELLEE**

_____

**APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

Crespin Michael Linton
440 Louisiana, Suite 900
Houston, Texas 77002
Texas Bar No. 12392850
crespin@hal-pc.org
(713) 236-1319
(713) 236-1242  (Fax)

# MOTION FOR EXTENSION OF TIME

# TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now Misyoshi Timms, Appellant, and files this motion for an extension of 60 days in which to file Appellant's Brief.  In support of this motion, Appellant shows the court the following:

1.

On August 27, 2015, Appellant was convicted of Aggravated Assault in the 412th District Court of Brazoria County, Texas.  The jury assessed a sentence of 2 years in the Texas Department Of Criminal Justice on August 28, 2015.  An appeal was perfected.

2.

The deadline for filing the Appellant's Brief was December 7, 2015.  A period of 30 days from that date has elapsed before the filing of this motion.  The Appellant has not requested an extension prior to this request.

3.

Appellant requests an extension of time to file Appellant's Brief because Appellant's counsel had a trial to the court in the following family case:  **Jimenez vs. Jimenez** in the 309th District Court of Harris County in Cause No. 2014-66331 on November 16, 2015.  In addition, counsel had to prepare for a jury trial in the felony Evading Arrest case of **State v. Connor**, in the 300th District Court of Brazoria County, Texas, in Cause No.74479 on November 9, 2015.

Wherefore, Appellant prays the court grant this motion and extend the deadline for filing Appellant's Brief in Cause No. 01-15-00834-CR to February 5, 2016.

Respectfully submitted,


　　/s/  Crespin Michael Linton　　
Crespin Michael Linton
440 Louisiana, Suite 900
Houston, Texas  77002
Texas Bar No.  12392850
(713) 236-1319
(713) 236-1242  (Fax)

1

# CERTIFICATE OF SERVICE

I do hereby certify that on this the 9th day of December 2015, a true and correct copy of the Appellant's Motion For Extension Of Time To File Appellant's Brief was delivered to the Assistant District Attorney of Brazoria County, Texas by email at davidb@brazoria-county.com.

__/s/ Crespin Michael Linton_<br>Crespin Michael Linton

# ORDER

On this the _____ day of _____, 2015, came to be heard Appellant's Motion For Extension Of Time To File Appellant's Brief, and it appears to the Court that this motion should be:

GRANTED                                    DENIED

IT IS THEREFORE ORDERED that the time for filing Appellant's Brief in Cause No. 01-15-00834-CR be extended to _____, 2016.

_____<br>JUDGE PRESIDING